UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-30540 |
| Rescom, LTD, | : | Judge Guy R. Humphrey |
| | : | |
| Debtor. | : | Chapter 11, Subchapter V |

### FIRST AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE

James A. Coutinho, the subchapter V trustee in this case (the "Applicant"), applies pursuant to 11 U.S.C. § 330, Fed.R.Bankr.P. 2016 and LBR 2016-1 for an award of compensation earned for the period of April 14, 2023, to March 28, 2024 (the "Application Period")

**A. PRELIMINARY STATEMENT**

1. Applicant is the duly appointed subchapter V trustee for Rescom, LTD (the "Debtor"), and personally provided all services for which payment is sought. All services were related to this case.

2. All services were actual and necessary; the compensation requested is reasonable in light of the time expenses, the work completed, and the results achieved.

3. The Trustee is seeking reimbursement of expenses as set forth below.

**B. GENERAL INFORMATION**

Type of application:       First and Final Application.

Application period:        April 14, 2023 – March 28, 2024

Application summary:       Fees:        $   5,904.00
                           Expenses:    $        85.75
                           **Total:**   **$   5,989.75**

Funds on hand with Trustee:    $2,500.00

Balance to be paid by Debtor:  $3,489.75

1

| | |
|---|---|
| Petition Date: | April 7, 2023 |
| Date of Appointment: | April 14, 2023. *See Notice of Appointment of Subchapter V Trustee* (Doc. 33). |
| Services first rendered on: | April 14, 2023. |
| Statutory basis for application: | Request is pursuant to 11 U.S.C. § 330. |
| Source of payment of award: | Any award of fees will be paid first from funds deposited with the Trustee, and then from the Debtor in accordance with its confirmed plan. |
| Prior Applications: | There are no prior applications, and the case has been pending for more than 120 days. |
| Changes to billing rates: | There have not been any changes in billing rates. The Trustee has billed his time at a discounted rate of $360.00 per hour. His standard hourly rate for 2023 was $385.00 per hour. |

**C.     BILLING SUMMARY**

**1.     Description of Services:**

Applicant provided services as the subchapter V trustee related to the following:

a.   Analyzing the case filings and participating in first day matters;

b.   Participating in and assisting with conducting the Initial Debtor Interview and § 341 Meeting of Creditors;

c.   Reporting to the Court at the statutory subchapter V status conference;

d.   Reviewing and analyzing proposed chapter 11 plan, including review to determine compliance with Bankruptcy Code and whether any objection would be required;

e.   Working with Debtor's counsel and the UST to work through issues related to the proposed chapter 11 plan and all other case matters;

2

  f. Completing required case reporting to the Office of the United States Trustee on a monthly basis;

  g. Participating in the confirmation hearing for the Debtor's chapter 11 plan; and

  h. Providing those other professional services required during the administration of this case.

**2. Details of Hours Expended**

The following table details the billing rates, hours billed, and total compensation request by professional.

| Professional | Billing Rate | Hours Billed | Total |
|---|---|---|---|
| James A. Coutinho | $ 360.00 | 16.40 | $ 5,904.00 |
| | **TOTALS:** | **16.40** | **$ 5,904.00** |
| | | **Fee Request:** | **$ 5,904.00** |

A chronological itemization of services rendered by Applicant is attached as <u>Exhibit A</u>. As set forth in Exhibit A, Applicant has devoted at least 16.40 hours exclusively to this case over the Application Period. The requested compensation is reasonable in light of the time, nature, extent, and value of the services rendered, and the cost of comparable services if provided other than in a case under the Bankruptcy Code.

**3. Expense Reimbursement Request**

The Applicant is further seeking reimbursement of reasonable and necessary expenses in the amount of $85.75. An itemization of those expenses is contained on Exhibit A.

**D.　MISCELLANEOUS MATTERS**

1.　**Services to be Performed:** None. Because the Debtor's plan was confirmed on a consensual basis, the Applicant's services as Trustee will terminate upon substantial consummation of the Plan. Therefore, there will not be any further services.

2.　**No Fee Sharing Arrangement:** No fee sharing arrangement exists. The Applicant does not have any agreement or understanding with any other person for the sharing of any compensation received or to be received in connection with this case, except for agreements and understandings for the sharing of compensation by members and regular associates of his law firm, Allen Stovall Neuman & Ashton LLP.

3.　**Certification of Review:** A review of the fee itemization has been conducted, and any unnecessary or excessive expenses or duplicative services have been adjusted. The Applicant recorded his legal services in minimum time increments of one-tenth of one hour contemporaneously with his performance and compiled them in Applicant's computer regularly used to record services and expenses for all clients of his law firm.

4.　**Professional Standards:** Applicant represents that he has submitted hours to the Court that represent only the actual time incurred in preparing and reviewing the legal and trustee services described above. Applicant's professional standards prohibit him from billing for hours in excess of actual hours incurred. If the Court believes that the description of services rendered is inadequate, it is requested that a hearing be held to permit Applicant an opportunity to further detail the actual services rendered for the entry(ies) in question.

**E.　CONCLUSION**

Based upon the foregoing, Applicant seeks an order:

  i.  allowing and awarding the Applicant's final compensation for the services rendered as trustee as set forth above for the Application Period;

  ii.  directing the Debtor to pay the allowed compensation without further order of this Court, and

  iii.  granting such other relief as is appropriate

          Respectfully submitted,

          /s/ James A. Coutinho
          James A. Coutinho    (0082430)
          Allen Stovall Neuman & Ashton LLP
          10 W. Broad St., Ste. 2400
          Columbus, OH 43215
          T: (614) 221-8500    F: (614) 221-5988
          coutinho@asnalaw.com
          *Subchapter V Trustee*

# ALLEN STOVALL NEUMAN & ASHTON LLP
### ATTORNEYS

March 28, 2024
File# 2654-130
Invoice# 47069

**James A. Coutinho, Trustee - Trustee Time**

Re: Trustee Time - Rescom, Ltd.
**Invoice for Legal Services**

**Balance Now Due: $5,989.75**

---

**ATTORNEY FEE DETAIL**

| DATE | DESCRIPTION | LAWYER | Hours | AMOUNT |
|---|---|---|---|---|
| 4/14/2023 | Review order continuing hearing on cash collateral motion and permitting interim use. | JIM3 | 0.10 | 36.00 |
| 4/14/2023 | Review interim Utility order and docket related dates. | JIM3 | 0.10 | 36.00 |
| 4/14/2023 | Receipt and review of order setting chapter 11 status conference. | JIM3 | 0.10 | 36.00 |
| 4/14/2023 | Review initial case filings and first day motions. | JIM3 | 0.10 | 36.00 |
| 4/14/2023 | Prepared Verified Statement for Subchapter V Trustee | JIM3 | 0.10 | 36.00 |
| 4/17/2023 | Telephone conference with Debtor's counsel to discuss case background, possible issues to see during course of case, initial thoughts on plan and confirmation issues, and other matters (time split with related case). | JIM3 | 0.30 | 108.00 |
| 4/17/2023 | Receipt and review of Notice of Designation of Responsible Party and tax documents supplement to petition. | JIM3 | 0.10 | 36.00 |
| 4/27/2023 | Emails regarding upcoming cash collateral hearing. | JIM3 | 0.10 | 36.00 |
| 4/27/2023 | Receipt and review of additional documentation from Debtor in support of petition and cash collateral motion, including updated budget, loan documents for Minster, Debtor financial statements (time split with American Land matter). | JIM3 | 0.40 | 144.00 |
| 4/27/2023 | Call with Mr. McDonald to discuss cash collateral motion issues (time split with with American Land case). | JIM3 | 0.10 | 36.00 |
| 4/28/2023 | Review proposed cash collateral orders and email to counsel for Debtors regarding same. (time split with American Land case). | JIM3 | 0.10 | 36.00 |
| 5/3/2023 | Reviewed pre-petition reports of receiver provided by Debtor (time split with American Land case). | JIM3 | 0.15 | 54.00 |
| 5/3/2023 | Emails with UST and Debtor's counsel regarding cash collateral orders and upcoming IDI (time split with American Land case). | JIM3 | 0.10 | 36.00 |
| 5/4/2023 | Participate in initial debtor interview for American Land and Rescom cases (time split between cases). | JIM3 | 0.70 | 252.00 |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 5/4/2023 | Prepare for initial debtor interview by reviewing debtor-submitted documents and filings. | JIM3 | 0.20 | 72.00 |
| 5/8/2023 | Call with Debtor's counsel to discuss potential for substantial consolidation and plan formation strategy (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 5/9/2023 | Review and approve final version of cash collateral interim order. | JIM3 | 0.10 | 36.00 |
| 5/10/2023 | Reviewed and responded to email from Mr. Flannery regarding preparation for upcoming 341 meetings (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 5/11/2023 | Participate in and administer 341 Meeting of Creditors (2 hr meeting, time split with American Land matter). | JIM3 | 1.00 | 360.00 |
| 5/11/2023 | Prepare for 341 meeting of creditors by reviewing petition, schedules, support documents, budget, and other documentation provided by Debtor. | JIM3 | 0.50 | 180.00 |
| 5/12/2023 | Receipt and review of revised cash collateral order from Ms. Behnken with changes made by court; respond to email with approval (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 5/15/2023 | Emails with court staff regarding rescheduling 1188(c) conference. Emails with UST regarding IDI follow-up. (Time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 5/24/2023 | Participate in 1188(c) status conference with Court (time split with American Land matter) | JIM3 | 0.25 | 90.00 |
| 5/24/2023 | Prepare for 1188(c) conference by reviewing case matters, reviewing report of Debtor, and preparing comments to provide to Court (time split with American Land matter) | JIM3 | 0.15 | 54.00 |
| 5/24/2023 | Call with Mr. McDonald from UST to discuss upcoming 1188(c) status conference and open issues with Debtor (time split with American Land case). | JIM3 | 0.05 | 18.00 |
| 5/31/2023 | Prepared monthly reporting for UST (split among multiple matters). | JIM3 | 0.10 | 36.00 |
| 5/31/2023 | Review monthly operating report for April 2023. | JIM3 | 0.10 | 36.00 |
| 6/6/2023 | Receipt of deposit for Subchapter V Trustee Fees. Set up account matters and process check. | JIM3 | 0.10 | 36.00 |
| 6/13/2023 | Call with Debtor's counsel to discuss case development status, plan formation, and outstanding items due to UST. (time split with American Land matter) | JIM3 | 0.10 | 36.00 |
| 6/13/2023 | Reviewed and responded to email from Mr. Flannery regarding follow-up on Debtor's documentation owed to the UST and amendments needed to schedules. Review status of same. (time split with American Land matter) | JIM3 | 0.10 | 36.00 |
| 6/23/2023 | Review and approve stipulations and orders extending interim cash collateral orders, and revised budgets (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 6/23/2023 | Review operating report for May 2023. | JIM3 | 0.10 | 36.00 |
| 6/23/2023 | Review proofs of claim filed by Angela Liette and Minster Bank (22 claims total) (time split with American Land matter) | JIM3 | 0.20 | 72.00 |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 6/28/2023 | Review additional documentation provided to UST from Debtor, including additional tax documents and case questionnaire (.1). Email Debtor's counsel regarding status of amendments and plan draft (.1) (Time split with American Land matter). | JIM3 | 0.20 | 72.00 |
| 7/7/2023 | Receipt and initial review of chapter 11 plan (.25). Review of order setting confirmation hearing and attention to docketing deadlines (.05). (Time split with American Land matter). | JIM3 | 0.30 | 108.00 |
| 7/19/2023 | Reviewed and responded to email from Mr. Wesner regarding possible objections to claims (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 7/21/2023 | Review monthly operating report. | JIM3 | 0.10 | 36.00 |
| 7/31/2023 | Work on monthly Subchapter V Trustee Reporting. | JIM3 | 0.10 | 36.00 |
| 8/21/2023 | Receipt and review of certification of ballots for plan of reorganization. | JIM3 | 0.10 | 36.00 |
| 8/22/2023 | Review email from Mr. Pfriem regarding monthly operating report issues. | JIM3 | 0.10 | 36.00 |
| 8/22/2023 | Receipt and review of operating report for July 2023. | JIM3 | 0.10 | 36.00 |
| 8/23/2023 | Review case status and cash collateral order expiration. Email to Mr. Shaneyfelt regarding same. (Time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 8/28/2023 | Prepared email to Mr. Flannery regarding overview of confirmation requirements. | JIM3 | 0.10 | 36.00 |
| 8/28/2023 | Continued reviewing plan of reorganization and checking that 18 different confirmation requirements are met, including preparation of summary of analysis of and, if applicable, objections related to each confirmation element. | JIM3 | 1.80 | 648.00 |
| 8/29/2023 | Prepared stipulated extension of time for Trustee and UST to object to plan. Email to Debtor's counsel and UST counsel regarding same. (Time split with American Land matter). | JIM3 | 0.15 | 54.00 |
| 8/30/2023 | Receipt of email from Mr. Shaneyfelt authorizing filing of stipulation. Finalize stipulation for filing. | JIM3 | 0.05 | 18.00 |
| 8/31/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding Debtor moving to amend plan. | JIM3 | 0.10 | 36.00 |
| 9/1/2023 | Monthly subchapter V Trustee reporting (time split with other SubV cases). | JIM3 | 0.10 | 36.00 |
| 9/5/2023 | Receipt and review of objection to confirmation from Angela Liette. | JIM3 | 0.05 | 18.00 |
| 9/5/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding motion to continue hearing on confirmation of plan. | JIM3 | 0.10 | 36.00 |
| 9/5/2023 | Telephone conference with Mr. Shaneyfelt regarding continuance of upcoming confirmation hearing (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 9/10/2023 | Review proposed cash collateral agreement for September (time split with American Land case). | JIM3 | 0.10 | 36.00 |
| 9/12/2023 | Review and approve agreed order continuing confirmation hearing (time split with American Land matter). | JIM3 | 0.05 | 18.00 |

Case 3:23-bk-30540    Doc 158    Filed 03/29/24    Entered 03/29/24 00:22:48    Desc Main
Document      Page 9 of 15

EXHIBIT A
Page 4 of 6

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

| Date | Description | Tkpr | Hours | Amount |
|---|---|---|---|---|
| 9/19/2023 | Receipt of revised agreed order continuing confirmation hearing and attention to upcoming deadlines from same (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 9/21/2023 | Receipt and review of monthly operating report for August. | JIM3 | 0.10 | 36.00 |
| 9/28/2023 | Review email from Mr. Wesner to UST regarding alleged improprieties of Debtor and need for investigation. Email Ms. Arndt with additional case background and thoughts on response. (Time split with American Land matter). | JIM3 | 0.15 | 54.00 |
| 10/2/2023 | Complete monthly Subchapter V Trustee reporting (time split with other Subchapter V cases). | JIM3 | 0.10 | 36.00 |
| 10/19/2023 | Review status of cases as confirmation hearing approaches, and prepare email to Mr. Shaneyfelt to inquire about status of plan amendments, schedule amendments, and cash collateral extension (time split with American Land matter). | JIM3 | 0.20 | 72.00 |
| 10/24/2023 | Call with Debtor's counsel regarding upcoming plan amendments (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 10/24/2023 | Receipt and review of monthly operating report for September 2023 and consider issues presented by inaccuracies in reporting. | JIM3 | 0.20 | 72.00 |
| 10/25/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding plan default provisions. | JIM3 | 0.10 | 36.00 |
| 10/25/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding new cash collateral stipulation (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 10/27/2023 | Call with UST to discuss case and next steps (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 10/27/2023 | Prepare for and participate in status conference ahead of confirmation hearing (time split with American Land matter). | JIM3 | 0.30 | 108.00 |
| 10/31/2023 | Prepared monthly subchapter V trustee reporting to UST (time split among multiple matters). | JIM3 | 0.10 | 36.00 |
| 11/2/2023 | Receipt and review of Court order setting deadline to file amended plan (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 11/9/2023 | Receipt and review of Amended Statement of Financial Affairs and Amended Scheduled A/B. | JIM3 | 0.20 | 72.00 |
| 11/10/2023 | Call with Mr. Cahill to discuss amended plans, case analysis, and next step in case (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 11/10/2023 | Email to Mr. Shaneyfelt regarding failure to file signature declarations and redline plan. Additional email to Mr. Shaneyfelt regarding failure to extend cash collateral order. (Time split with American Land Matter). | JIM3 | 0.10 | 36.00 |
| 11/10/2023 | Reviewing and analyzing amended filings by debtor, including amended schedules and amended chapter 11 plan. Consider issues that may be remaining for confirmation (Time split with American Land matter). | JIM3 | 0.70 | 252.00 |
| 11/15/2023 | Receipt and review of order setting confirmation hearing and attention to docketing dates (time split with American Land matter). | JIM3 | 0.05 | 18.00 |

Case 3:23-bk-30540  Doc 158  Filed 03/29/24  Entered 03/29/24 00:22:48  Desc Main
Document      Page 10 of 15

ALLEN STOVALL NEUMAN & ASHTON LLP
ATTORNEYS

EXHIBIT A
Page 5 of 6

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 11/22/2023 | Receipt and review of monthly operating report by Debtor. | JIM3 | 0.10 | 36.00 |
| 11/27/2023 | Email to Mr. Shaneyfelt regarding status of cash collateral order. | JIM3 | 0.10 | 36.00 |
| 11/29/2023 | Reviewed and revised proposed cash collateral extension order and proposed budget; email to Mr. Shaneyfelt regarding same (time split with American Land matter) | JIM3 | 0.50 | 180.00 |
| 11/30/2023 | Work on monthly UST reporting (time split among multiple cases). | JIM3 | 0.05 | 18.00 |
| 12/5/2023 | Prepare for and participate in status conference on claim objection by Angela Liette (time split with American Land matter). | JIM3 | 0.30 | 108.00 |
| 12/5/2023 | Prepare for and participate in status conference on claim objection by Angela Liette (time split with American Land matter). | JIM3 | 0.00 | 0.00 |
| 12/6/2023 | Reviewed and responded to email from Mr. Cahill regarding discussion about plan, confirmation, and cash collateral. | JIM3 | 0.10 | 36.00 |
| 12/9/2023 | Review and approve updated cash collateral order. | JIM3 | 0.05 | 18.00 |
| 12/11/2023 | Receipt and review of ballot certification. | JIM3 | 0.05 | 18.00 |
| 12/11/2023 | Prepare for call with Debtor's counsel and UST regarding plan confirmation issues and possible resolution of litigation (.1). Call with Debtor's counsel and Mr. Cahill to discuss same (.25) (Time split with American Land matter). | JIM3 | 0.35 | 126.00 |
| 12/19/2023 | Call with Mr. Wesner to discuss possibility of obtaining consensual plan (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 12/20/2023 | Receive and process deposit for fee deposit. | JIM3 | 0.10 | 36.00 |
| 12/20/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding use of confirmation as valuation hearing (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 12/20/2023 | Prepared stipulation for extension of time to object to plan. | JIM3 | 0.10 | 36.00 |
| 12/22/2023 | Revised and finalized stipulation for extension of time to object to plan. | JIM3 | 0.10 | 36.00 |
| 12/27/2023 | Reviewed and responded to email from Mr. Shaneyfelt regarding agreed confirmation order (time split with American Land matter). | JIM3 | 0.05 | 18.00 |
| 12/27/2023 | Prepared draft of agreed order confirming plan with provisions inserted to protect Angela Liette's position during course of domestic case. (time split with American Land matter). | JIM3 | 0.40 | 144.00 |
| 12/28/2023 | Call with Mr. Cahill to discuss terms of agreed order confirming plan (time split with American Land matter). | JIM3 | 0.10 | 36.00 |
| 12/30/2023 | Prepared second stipulated extension of time to object to plan. | JIM3 | 0.10 | 36.00 |
| 1/2/2024 | Emails regarding upcoming confirmation hearing and status of agreed confirmation order (time split with American Land matter). | JIM3 | 0.15 | 54.00 |
| 1/3/2024 | Complete monthly Subchapter V Trustee reporting (time split with other Subchapter V cases). | JIM3 | 0.10 | 36.00 |
| 1/6/2024 | Prepare for confirmation hearing (.1). Participate in confirmation hearing (.25). (time split with American Land matter). | JIM3 | 0.35 | 126.00 |
| 3/28/2024 | Prepared first and final fee application. | JIM3 | 0.50 | 180.00 |
| | **Total ATTORNEY FEE DETAIL** | | **16.40** | **$5,904.00** |

**ALLEN STOVALL NEUMAN & ASHTON LLP**
ATTORNEYS

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| JIM3 | James A. Coutinho | 16.40 | 360.00 | 5,904.00 |

**DISBURSEMENT AND EXPENSE DETAIL**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/28/2024 | Photocopies (Final Fee Application, 15 pages x 35 recipients @ $0.10 pp) | 52.50 |
| 3/28/2024 | Postage (Final Fee Application, 35 recipients @ $.95 ea) | 33.25 |
| | **Total DISBURSEMENT AND EXPENSE DETAIL** | **$85.75** |

|  | New Charges | $5,989.75 |
|---|---|---|
|  | **Balance Due** | **$5,989.75** |

## NOTICE OF FIRST AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE AND CERTIFICATE OF SERVICE

James A. Coutinho, the subchapter V trustee, has filed papers with the Court seeking compensation for services rendered this case.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the application**, you or your attorney must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 120 West Third Street, Dayton, OH 45402, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

    Office of The United States Trustee
    170 N. High St.
    Columbus, OH 43215

    James A. Coutinho, Esq.
    Allen Stovall Neuman & Ashton LLP
    10 W. Broad St., Ste. 2400
    Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief without further notice or hearing.

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing *First and Final Fee Application of Subchapter V Trustee* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on March 29, 2023, addressed to all parties and creditors in interest as set forth on the attached mailing matrix.

                                                                                     /s/ James A. Coutinho
                                                                                     James A. Coutinho (0082430)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:23-bk-30540<br>Southern District of Ohio<br>Dayton<br>Thu Mar 28 23:18:38 EDT 2024 | Rescom LTD<br>10480 Lochard Rd<br>Sidney, OH 45365-9212 | AES Ohio<br>P.O. Box 1247<br>Dayton, OH 45401-1247 |
| American Land investments, Ltd.<br>9300 Country Club Road<br>Piqua, OH 45356-7500 | Angela Liette<br>c/o Waite, Tomb & Eberly<br>124 W. Main Street<br>Troy, OH 45373-3214 | Angela Liette<br>c/o Wesner, Miller, Luring Co., LPA<br>22 N. Market Street, Suite C (Rear)<br>Troy, OH 45373-3216 |
| Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Carol Dunaway<br>946 Port Jefferson Road<br>Apt. 1<br>Sidney, OH 45365-2064 | Catherine Davis<br>952 Port Jefferson Rd<br>Sidney, OH 45365-2065 |
| Centerpoint Energy<br>1300 Experimant Farm Rd.<br>Troy, OH 45373-9409 | Christian Martin<br>946 Ft. Jefferson Rd<br>Sidney, OH 45365-2064 | City of Piqua<br>201 W. Water St<br>Piqua, OH 45356-2235 |
| City of Sidney<br>201 W. Poplar Street<br>Sidney, OH 45365-2720 | Danarene Harris<br>952 Port Jefferson<br>Sidney, OH 45365-2065 | Duaine Liette<br>10480 Lochard Rd<br>Sidney, OH 45365-9212 |
| Edwin Liette<br>9300 Country Club Road<br>Piqua, OH 45356-7500 | Ellean Davis<br>730 Gordon Street<br>Piqua, OH 45356-3636 | Ethan Swaney<br>946 Port Jefferson<br>Apt. 3<br>Sidney, OH 45365-2064 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JDL Contractors, LLC<br>227 S. Walnut Street<br>Sidney, OH 45365-3045 | Josh Liette<br>227 E Walnut<br>Sidney, OH 45365 |
| Joshua A. Koltak<br>Faulker Garnhausen, Keister, & Shenk<br>100 South Main #300<br>Sidney, OH 45365-2771 | Lopez Severt & Pratt<br>18 E. Water Street<br>Troy, OH 45373-3435 | Marissa Smith<br>952 Port Jefferson Road<br>Sidney, OH 45365-2065 |
| Mathew Sorg - Receiver<br>c/o Pickrel Schaeffer and Ebeling<br>2700 Stratacache Tower<br>Dayton, OH 45432-2700 | (p)MINSTER BANK<br>PO BOX 90<br>MINSTER OH 45865-0090 | Minster Bank<br>c/o Joshua A. Koltak<br>100 S. Main Ave., Ste. 300<br>Sidney, OH 45365-2771 |
| Murray Wells Wendeln & Robinson<br>326 N. Wayne St<br>Piqua, OH 45356-2230 | (p)OHIO ATTORNEY GENERAL<br>COLLECTIONS ENFORCEMENT ATTN BANKRUPTCY MANAGER<br>30 E BROAD ST<br>14TH FLOOR<br>COLUMBUS OH 43215-3414 | Ohio Department of Taxation<br>Attn: Bankruptcy Division<br>PO BOX 530<br>Columbus, OH 43216-0530 |

| | | |
|---|---|---|
| Robert Huffman<br>24 N. Short Street<br>Troy, OH 45373-3252 | Ross J. Yerkey<br>Port Jefferson Rd<br>Sidney, OH 45365 | Waite, Tomb, and Eberly<br>124 W. Main Street<br>Troy, OH 45373-3214 |
| Angela Liette<br>22 N. Market St. Ste. C<br>Troy, OH 45373-3216 | James A. Coutinho<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Ste. 2400<br>Columbus, OH 43215-3469 | Mark Clower<br>7215 Whitetail Trail<br>Dayton, OH 45459-6108 |
| Paul H Shaneyfelt<br>315 Public Square<br> Suite 204<br>Troy, OH 45373-5202 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Minster Bank<br>95 W. 4th Street<br>Minster, OH 45865 | Ohio Attorney General Collections Enforc<br>Attn:  Bankruptcy Unit<br>150 East Gay Street<br>Columbus, OH 43215 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)JDL Contractors LLC | (u)Minster Bank | (u)Edwin L Liette |
| (u)Joshua D. Liette | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     4<br>Total                   40 | |